# UNITED STATES DISTRICT COURT
## For the WESTERN DISTRICT OF NORTH CAROLINA

### MISCELLANEOUS NO. 3:18 MC 181

**IN RE:**  **OFFICIAL COURT CLOSING**

FILED
CHARLOTTE, NC

DEC 23 2019

U.S. District Court
Western District of N.C.

## ORDER

**THIS MATTER** is before the Court upon its own motion.

The United States District Court for the Western District of North Carolina will be closed on Thursday November 28, 2019, and Friday, November 29, 2019, in observance of the Thanksgiving holiday.

The United States District Court for the Western District of North Carolina will BE CLOSED ALL DAY on Tuesday, December 24, 2019. The court will be closed Wednesday, December 25, 2019, and Thursday, December 26, 2019.

The court will be open for magistrate court matters on Friday, December 27, 2019, until 3:00 PM.

The United States District Court for the Western District of North Carolina will close at 12:00 P.M. on Tuesday, December 31, 2019, and be closed Wednesday, January 1, 2020, for the New Year holiday.

**IT IS, THEREFORE, ORDERED** on behalf of the court this 23rd day of Decmeber, 2019.

Frank D. Whitney, Chief
U.S. District Court Judge